# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:18-MJ-02964 | November 8, 2018 9:00 a.m. | Eric Rodriguez & Beatris Ortiz |

Inventory made in the presence of: ATF SA Monica Lozano/ ATF SA Jason Hammond

Inventory of the property taken and name of any person(s) seized:

The following digital devices were seized at the residence of Eric Rodriguez (DOB ▮▮▮▮) located at 11754 E. Stockton Street, Adelanto, California 92301:
One (1) Samsung phone FCC ID A3LSGHT599 found in purse inside closet
One (1) Alcatel phone FCC ID: RAD393 found in purse inside closet
One (1) LG phone FCC ID: ZNFH345 found in purse inside closet
One (1) ZTE phone FCC ID: Q78-ZTEN9120 found in purse inside closet
One (1) white HTC phone with black case found in the dresser inside the closet
One (1) black, LG flip phone found in living room coffee table
One (1) silver, Samsung phone with black cover found on top of kitchen table
One (1) gray Samsung phone with black cover, found on top of bathroom sink inside master bedroom
One (1) LG phone with gold/black case, found on top of dresser inside master bedroom
One (1) Samsung phone model: SM-J327T1, found on top of dresser inside master bedroom
One (1) Samsung phone Model: SMJ327T1 found in living room
Note: A separate warrant was issued and executed for the above referenced residence/premises under Docket/Case No.2:18-MJ-02959.

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: November 26, 2018

_Executing officer's signature_

Jason Hammond Special Agent-ATF

_Printed name and title_

AUSA: Joseph Axelrad (213) 894-7964
Lindsey Dotson (213) 894-4443